UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# MEMORANDUM

JS 6

| | |
|---|---|
| Case No. | CV 16-3088 DSF (MRWx) |
| Date | 5/23/16 |
| Title | Lucio Santos v. J.P. Morgan Securities, et al. |

| | |
|---|---|
| Present: The Honorable | DALE S. FISCHER, United States District Judge |

| Debra Plato | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:** (In Chambers) Order REMANDING Case to State Court

     This case was removed by Chase Bank USA, N.A., erroneously sued as J.P. Morgan Chase Bank. The notice of removal states that diversity jurisdiction exists. However, the notice of removal fails to make any allegation related to named Defendant J.P. Morgan Securities. As the notice of removal fails to allege diversity jurisdiction adequately, the case is REMANDED to the Superior Court of California, County of Los Angeles.

     IT IS SO ORDERED.